AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| United States of America<br>v.<br><br>JACQUELYN FOUGERE<br><br>_Defendant_ | ) Case No. 5:22-cr-51-2<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Jacquelyn Fougere                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   On or about March 14, 2022 Jacquelyn Fougere knowingly conspired to obstruct commerce.

RCVD U.S. MARSHALS VT
MAY 05 2022 PM 12:32

Date:   05/05/2022
_____
_Issuing officer's signature_

City and state:   Burlington, Vermont
Emerson Howe Deputy Clerk
_Printed name and title_

### Return

This warrant was received on _(date)_  5-5-22 , and the person was arrested on _(date)_  6-22-22
at _(city and state)_  Springfield, VT .

Date:  6-22-22
_____
_Arresting officer's signature_   for FBI

John Curtis  SDUSM
_Printed name and title_